# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**RICHARD JAMES LAMONS,**

       **Plaintiff,**

**v.**                               **CASE NO. 5:13-cv-373-RS-EMT**

**MISTY JORDAN, et al.,**

       **Defendant.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 18) and Petitioner's Objections (Doc. 20).  I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.    The case is **DISMISSED without prejudice** for lack of jurisdiction.

3.    The clerk is directed to close the file.

**ORDERED** on April 4, 2014.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**